IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| GARY WHITBY and JEREMY PAQUETTE, <br><br> Plaintiffs, <br><br> v. <br><br> CERNER CORPORATION, <br><br> Defendant. | Case No. 2:25-CV-04087-BP <br><br> Hon. Beth Phillips <br><br> **ORAL ARGUMENT REQUESTED** |

## DEFENDANT CERNER CORPORATION'S MOTION TO DISMISS PURSUANT TO THE FIRST-FILED RULE AND RULES 12(b)(1) AND 12(b)(6)

Pursuant to the first-filed rule and Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Cerner Corporation hereby moves this Court to dismiss Plaintiffs' First Amended Class Action Complaint in its entirety and with prejudice. This motion is based upon the accompanying Suggestions in Support of this Motion to Dismiss, as well as the Declaration of Linda Lowery and exhibits thereto.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
Ryan Chabot (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7294
alan.schoenfeld@wilmerhale.com
ryan.chabot@wilmerhale.com

Patrick Fanning – MO Bar # 47615
LATHROP GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, Missouri 64108
(816) 460-5416
patrick.fanning@lathropgpm.com

*Counsel for Defendant Cerner Corporation*

## CERTIFICATE OF SERVICE

I certify that on September 12, 2025, this document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Alan Schoenfeld*
Alan Schoenfeld
