**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | | |
|---|---|---|
| GARY WHITBY, *et al*.,<br><br>Plaintiffs,<br>v.<br><br>CERNER CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-04087-CV-C-BP |

**ORDER**

The Court participated in a telephone conference with the parties on October 27, 2025, to discuss their Joint Rule 26(f) Discovery Plan. The Court directed the parties to commence the process of (1) identifying Rule 26 materials, (2) discussing (and presenting proposed Orders to the Court regarding) ESI Protocols and a Protective Order, and (3) meeting and conferring regarding the need for changes to the discovery limits imposed by the Federal Rules of Civil Procedure.

All formal discovery is stayed pending resolution of Defendant's Motion to Dismiss (and related motions), which should occur before the tasks in the preceding paragraph are completed.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Date: October 28, 2025