**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| GARY WHITBY and JEREMY PAQUETTE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 25-04087-CV-C-BP |
| | ) | |
| CERNER CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JUDGMENT IN A CIVIL ACTION</u>**

**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Order entered April 13, 2026 (Doc 44.) the Motion to Dismiss, (Doc. 20), is **GRANTED**. Counts I through V and VIII are dismissed without prejudice for lack of jurisdiction and Counts VI and VIII are dismissed with prejudice for failure to state a claim.

Dated: April 13, 2026

/s/ Paige Wymore-Wynn
Clerk of the Court

Entered: April 13, 2026

/s/ Karri Sandusky
Deputy Clerk